[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 20, 2007
THOMAS K. KAHN
CLERK

No. 06-14920
Non-Argument Calendar

_____

D. C. Docket No. 06-00179-CV-AR-S

JAMES MATHEW COOPER,

Plaintiff-Appellant,

versus

JAMES FINLEY, Judge,
ANDRA SPARKS, Judge,
JACK WALLACE,
BREUDETTE BROWN GREEN,
Judge,
PAGE WALLEY, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(February 20, 2007)**

Before DUBINA, BLACK and CARNES, Circuit Judges.

PER CURIAM:

James M. Cooper filed a 42 U.S.C. § 1983 action for damages and injunctive relief against the following individuals:  Judge J. Gary Pate, Judge James Finley, Judge Andra Sparks, Judge Breudette Brown Green, Judge Sandra H. Storm, and Judge Elise Barclay, all of whom are either Jefferson County, Alabama Family Court judges or referees, or state appellate judges; Jack Wallace, an Assistant Attorney General for the State of Alabama; Page Walley, the Commissioner of the Alabama Department of Human Resources when the complaint was filed; Oliver Gilmore, the former Director of the Administrative Office of the Courts for the State of Alabama; Roderick Graham, a private attorney who represented Ena Patricia Walker in a child support case in which Cooper was the opposing party; and Charles Cleveland, the former Commissioner of the Alabama Department of Human Resources.

Cooper appeals the granting of summary judgment as to some appellees, and the granting of motions to dismiss as to other appellees.  With respect to all appellees, either the appellees are immune, Cooper has failed to allege sufficient facts to state a claim pursuant to § 1983, or the *Younger* doctrine applies.  *See Younger v. Harris*, 91 S. Ct. 746 (1971).  Thus, we affirm for the reasons stated in the magistrate judge's well-reasoned report and recommendation of July 21, 2006.

**AFFIRMED.**

2